1  DAVID F. GROSS (Bar No. 083547)
   STEPHEN CHIARI (Bar No. 221410)
2  **DLA PIPER US LLP**
   153 Townsend Street, Suite 800
3  San Francisco, CA 94107-1957
   Tel: 415.836.2500
4  Fax: 415.836.2501

5  Attorneys for Defendants PFIZER INC.,
   CIGNA LIFE INSURANCE COMPANY OF NEW
6  YORK, and INA LIE INSURANCE COMPANY
   OF NEW YORK
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  GERALDINE K. MACKENZIE,            CASE NO.  C 06 7020 EMC

12              Plaintiff,             **STIPULATION AND [PROPOSED] ORDER
                                       OF DISMISSAL**
13          v.

14  PFIZER INC., CIGNA LIFE
    INSURANCE COMPANY OF NEW
15  YORK, INA LIFE INSURANCE
    COMPANY OF NEW YORK, and
16  DOES 1 to 100, inclusive,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

WEST\21443958.1

DLA PIPER US LLP
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(CASE NO. C 06 7020 MJJ)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: July 10, 2008

DLA PIPER US LLP

By _____

DAVID F. GROSS
STEPHEN CHIARI
Attorneys for Defendants PFIZER INC.,
CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, and INA LIFE INSURANCE
COMPANY OF NEW YORK

Dated: July 9, 2008

LAW OFFICES OF RICHARD S.E. JOHNS

By _____

RICHARD S.E. JOHNS
Attorneys for Plaintiff
GERALDINE K. MACKENZIE

**ORDER**

IT IS SO ORDERED.

Dated: _____ July 14, 2008 _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER US LLP
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(CASE NO. C 067020MJJ)